UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLSTAR MARKETING GROUP, LLC,

                              Plaintiff,

              -v-

BACKFORTHTRADELTD,
BLACKPOWERELECTRIC,
BLUESINTERNATIONAL, BYFRI, COMB6RO7G,
FRIENDTALK, GAO LI STORE, GDFKGTUY,
GIRLS & BOYS, HAWKYTRADE, HIGASHIUME,
HIGHERFLY, HOPENHAGEN, HP1ZJMFPD,
HYQWA789, JMT34J694, KMI123,
KOZEYSDOTCOM, LISEXHQDK, MARINELIFE,
MCSOABEREQXVN, MEI11, OGTQ0Q0AE,
P99UTIANZHIJIA@163.COM,
PERSEVERANCECOLTD, PIAPPLE, PNEUMATIC
TOOLS, POSITIVESTYLE, Q2Q2W5, QILUSTORE,
SATOTHRKCGB, SEYFYLEETHESRMC,
SLALLEAWCAVOK, SMEIGHTVIGBH,
SNZDIDE3A, TEAUSHYSMSBBJ, THEETALNWYS,
THINK BEST, THODOASTFBQGQ, TITHYSVJID,
UNBEATABLESALE.COM, WANGJUANJUANG,
WHOULEDVPVFK, WR1YJC1EB, WZ1NYEP51,
XANJ6P8HW, XINTANG SHOP, Y LAQDWQD,
YOUDI-STORE, YUNXIANGYISHANG,
Z10RKETX9, ZHANGWEI1986 and
ZHAOYINGHAI33,

                              Defendants.

---

20 Civ. 9073 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

     This case is hereby unsealed in its entirety.

     SO ORDERED.

                                   _____
                                   PAUL A. ENGELMAYER
                                   United States District Judge

Dated: November 12, 2020
       New York, New York