UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ALLSTAR MARKETING GROUP, LLC,

                              Plaintiff,

                 -v-                                                   20 Civ. 9073 (PAE)

BACKFORTHTRADELTD, et al.,                                  ORDER

                            Defendants.

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

On February 26, 2021, plaintiff Allstar Marketing Group, LLC ("Allstar") obtained a clerk's certificate of default against the defendants who have not appeared in this case (the "Defaulting Defendants"). *See* Dkt. 35.[1] On March 19, 2021, Allstar moved for a default judgment against the Defaulting Defendants. *See* Dkts. 36–39. Allstar's papers in support of that motion are in good order.

In light of the current public-health situation, the Court will resolve the default judgment motion on the papers. If any defendant wishes to oppose the motion, counsel for such defendant shall enter a notice of appearance before April 15, 2021, and file an opposition on ECF, explaining why a default judgment is not warranted, by **April 15, 2021, at 2:30 p.m.**[2]

---

[1] BackforthTradeltd, blackpowerelectric, Bluesinternational, BYFRI, COMB6RO7G, friendtalk, Gao Li Store, gdfkgtuy, girls & boys, HawkyTrade, Higashiume, Hopenhagen, HPlZJMFPD, hyqwa789, JMT34J694, kmil23, lisexhqdk, Marinelife, mcsoabereqxvn, MEil 1, OGTQ0Q0AE, Perseverancecoltd, Pneumatic tools, positivestyle, qilustore, satothrkcgb, seyfyleethesrmc, slalleawcavok, smeightvigbh, SNZDIDE3A, teaushysmsbbj, theetalnwys, thodoasttbqgq, tithysvjid, wangjuanjuang, whouledvpvfk, WRl YJClEB, WZlNYEPSl, XANJ6P8HW, XinTang shop, y laqdwqd, Yunxiangyishang, Zl0RKETX9, zhangweil986, and zhaoyinghai33.

[2] If any non-corporate defendant elects to proceed *pro se*, they may, instead, submit an opposition explaining why a default judgment is not warranted, by April 15, 2021, at 2:30 p.m.,

Allstar is directed to serve this order on the Defaulting Defendants forthwith, pursuant to the alternative methods of service authorized by the Court's prior orders in this case, and file proof of this service no later than March 29, 2021.

SO ORDERED.

$\underline{\qquad\qquad Paul\ A.\ Engelmayer\qquad\qquad}$
PAUL A. ENGELMAYER
United States District Judge

Dated: March 25, 2021
       New York, New York

---

via email to temporary_pro_se_filing@nysd.uscourts.gov and EngelmayerNYSDChambers@nysd.uscourts.gov.

2